No. 9242. STATE OF MONTANA ex rel. OLSEN and State Board of Equalization, RELATORS, *v.* DISTRICT COURT OF FLATHEAD COUNTY et al., RESPONDENTS.

280 Pac. (2d) 1095.

Decided March 14, 1955.

*Arnold H. Olsen,* Atty. Gen., *Charles V. Huppe,* Asst. Atty. Gen., *H. O. Vralsted,* Chief Tax Counsel, Bd. of Equal., *Lyman J. Hall,* Dep. Tax Counsel, Helena, for appellant.

*Walchli, Korn & Warden,* Kalispell, for respondent.

MR. CHIEF JUSTICE ADAIR:

On motion of the petitioners, State of Montana ex rel. Arnold H. Olsen and State Board of Equalization, this original proceeding is hereby dismissed without prejudice.

No. 9513. ONAH LOUISE McALPINE, PLAINTIFF AND RESPONDENT, *v.* DELL HUNTER McALPINE, DEFENDANT AND APPELLANT.

280 Pac. (2d) 1095.

Decided March 14, 1955.

*Selden S. Frisbee, John P. Moore,* Cut Bank, for appellant.

*Leo Fisher, Glenn Stevens,* Whitefish, for respondent.

Per Curiam.

Appellant's counsel representing to this court that this cause has been amicably settled by stipulation between the parties and appellant having filed herein a motion to dismiss the appeal to this court;

It is therefore ordered that the motion be granted and that the appeal be and it is dismissed.

MR. CHIEF JUSTICE ADAIR, and MR. JUSTICE ANGSTMAN, DAVIS, and ANDERSON, concur.